**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lenz Sanders, | No. CV 12-2654-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Valley National Bank; Bank 1; Chase; Equifax; TransUnion; Experian, | |
| Defendants. | |

Plaintiff filed a complaint on December 13, 2012 and moved to proceed in forma pauperis. Before ruling on that motion, the Court will consider its jurisdiction to hear this case.

Federal courts are courts of limited jurisdiction. As a result, they can hear only those cases that the Constitution and Congress have authorized them to adjudicate: namely, cases involving diversity of citizenship, a federal question, or cases to which the United States is a party. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The party asserting jurisdiction bears the burden of proving a jurisdictional basis exists. *Id.* In this case, because Plaintiff filed his suit in federal district court, he must show that the federal court is authorized to hear his case.

The complaint in this case states as follows:

Jurisdiction

by [sic] the law there id. [sic] was a compaint [sic] on the behalf of James Lenz

> Sanders, by him self [sic], of stole [sic] bank card and all indenification [sic]; to call in fraud. Vally [sic] National Bank, Trust was to keep records.
>
> Complaint
>
> James Lenz Sanders, bank had a call for fraud, and was told to put a hold on account banking, (to close) and was going to file for fraud. Vally [sic] National Bank, Trust was to keep records.
>
> Demand
>
> James Lenz Sanders, would want his currency of American Dollars, in his name, to be in the bank. Vally [sic] National Bank, Trust was to keep records. Or Unclaimed Property in Az, showing bank account money.

Doc. 1.

The above quoted language is the entire complaint. Nothing in this complaint pleads a basis for federal subject matter jurisdiction. Therefore,

IT IS ORDERED that within 30 days Plaintiff shall file an amended complaint properly alleging federal subject matter jurisdiction or this case will be dismissed without prejudice.

DATED this 19th day of December, 2012.

_____
James A. Teilborg
United States District Judge